**Electronically Filed**
**Intermediate Court of Appeals**
**30539**
**09-MAY-2012**
**08:32 AM**

NO. 30539

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN RE ADOPTION OF A MALE CHILD

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(FC-A NO. 09-1-0029)

ORDER GRANTING APRIL 23, 2012 REQUEST FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon consideration of Petitioners-Appellants' and Amicus Curiae State of Hawaii's Joint Status Update on Temporary Remand and Appeal (Joint Status Report), the papers in support, and the records and files herein, it appears that: (1) Petitioners-Appellants (Appellants) are appealing from the Decision and Order Denying Petition for Adoption issued by the Family Court of the Fifth Circuit (family court); (2) on March 2, 2012, Appellants and Amicus Curiae State of Hawai'i filed a joint motion to remand this case to the family court to allow Appellants to file a motion for reconsideration of the decision and order denying the petition for adoption; (3) on March 12,

2012, this court granted the motion; (4) upon remand, the family court granted the motion for reconsideration and entered an Adoption Decree and Findings and Decision of the Court Granting Petition for Adoption; and (5) on April 23, 2012, Appellants and Amicus Curiae State of Hawai'i filed their Joint Status Report and requested dismissal of the appeal as moot. Therefore,

IT IS HEREBY ORDERED that the request for dismissal of the appeal is granted, and this appeal is dismissed.

DATED: Honolulu, Hawai'i, May 9, 2012.

*Craig H. Nakamura*
Chief Judge

*Daniel R. Foley*
Associate Judge

Associate Judge